UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN EDUARDO CASTANEDA SONHASO,

Petitioner,

-against-

DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.,

Respondents.

26-CV-10111 (JGK)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

JOHN G. KOELTL, United States District Judge:

Petitioner Edwin Eduardo Castaneda Sonhaso brings this pro se petition for a writ of habeas corpus by his next friend, Mirna Martena Gonzalez Lopez. To proceed with a petition for a writ of habeas corpus in this court, a $5.00 filing fee must be paid or, to request authorization to proceed in forma pauperis ("IFP"), a completed and signed IFP application must be filed. See 28 U.S.C. §§ 1914, 1915. At the time of filing, neither Sonhaso nor Lopez filed an IFP application or paid the $5.00 fee.

Accordingly, within 30 days of the date of this order, Sonhaso or Lopez must pay the $5.00 filing fee or submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket

[1] An IFP application form is attached to this order.

number 26-CV-10111 (JGK). If the Court grants the IFP application, this action will proceed without the prepayment of fees. See 28 U.S.C. § 1915(a)(1).

If Sonhaso or Lopez fails to comply with this order within the time allowed, and does not request additional time to respond, the Court will dismiss this action. Because, at this time, the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Court directs the Clerk of Court to mail a copy of this order to the petitioner at the address listed on the docket sheet for this action. Lopez may receive court documents by email by completing the attached Consent to Electronic Service.[2] The Clerk should also email a copy of this Order to Mirna Martena Gonzalez Lopez at <mirnagonzalezny@gmail.com>.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Hon. John G. Koeltl
United States District Judge

---

2 If Lopez consents to receive documents by email, Lopez will no longer receive court documents by regular mail.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__________________________________________
(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

-against-

__________________________________________
__________________________________________
__________________________________________
(Full name(s) of the defendant(s)/respondent(s).)

______ CV __________ ( ) ( )
(Enter case number and initials of assigned judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: ______________________________
   Do you receive any payment from this institution? ☐ Yes ☐ No
   Monthly amount: ________________
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.
2. Are you presently employed? ☐ Yes ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ____________________
   If "no," what was your last date of employment? __________________
   Gross monthly wages at the time: ______________________
3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| | | | |
|---|---|---|---|
| Dated | | Signature | |
| Name (Last, First, MI) | | Prison Identification # (if incarcerated) | |
| Address | City | State | Zip Code |
| Telephone Number | | E-mail Address (if available) | |

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

Address　　City　　State　　Zip Code

Telephone Number　　E-mail Address

Date　　Signature

Click Here to Save