UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN EDUARDO CASTENEDA SONHASO,

Petitioner,

- against -

DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.,

Respondents.

26-cv-10111 (JGK)

Order

JOHN G. KOELTL, District Judge:

The respondents should provide the petitioner with documentation showing the basis for the petitioner's detention.

By **Monday, November 30, 2026, at 5:00 p.m.**, the parties should submit a letter with a proposed briefing schedule. During the pendency of this habeas proceeding, the petitioner shall not be removed from the Southern or Eastern Districts of New York or the District of New Jersey.

The Clerk of Court is respectfully directed to mail a copy of this order to the petitioner at the address listed on the docket sheet for this action, to email a copy of this Order to Mirna Martena Gonzalez Lopez at <mirnagonzalezny@gmail.com>, and to note each mailing on the docket.

SO ORDERED.

Dated: New York, New York
November 19, 2026

John G. Koeltl
United States District Judge